# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DETENTION PENDING HEARINGS** |
| | ) | |
| vs. | ) | |
| | ) | |
| Carl Kenneth Kabat, | ) | |
| Gregory Irwin Obed, | ) | |
| Michael Robin Walli, | ) | Case No. 4:06-mj-021 |
| | ) | |
| Defendants. | ) | |

_____

Upon the Motion of the United States for detention of Defendant Carl Kenneth Kabat, and for a detention hearing, it is hereby **ORDERED** that a detention hearing for Defendant Kabat be scheduled for <u>Wednesday, July 5, 2006, at 2:00 p.m. at the Federal Building and U.S. Courthouse in Bismarck, North Dakota</u>.

It is **FURTHER ORDERED** that pending said hearing, Defendant Kabat shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant Kabat shall be afforded a reasonable opportunity for private consultations with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant Kabat to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 29th day of June, 2006.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge